IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 22-154 |
| DAJAVAN SPEAKS | : |

## ORDER

AND NOW, this 28th day of March 2024, upon considering Defendant's habeas petition (ECF No. 28), United States' Response (ECF No. 34) with supplemental Response (ECF No. 42), Defendant's counseled Reply and supplemental authority (ECF Nos. 49, 57), United States' Surreply (ECF No. 54), extensive oral argument (ECF No. 60), post-hearing briefing on limited issues under our March 19, 2024 Order (ECF Nos. 59, 62, 63), and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **DENY** Defendant's habeas petition (ECF No. 28);

2. **FIND** no basis for an evidentiary hearing upon counsels' consent (ECF No. 51);

3. **FIND** no basis for a certificate of appealability; and,

4. **DIRECT** the Clerk of Court **close** this case.

_____
KEARNEY, J.