IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 22-154 |
| | : | |
| DAJAVAN SPEAKS | : | |

## ORDER

**AND NOW**, this 6th day of May 2024, upon considering Defendant's Motion for reconsideration (ECF No. 69) of our March 28, 2024 Order (ECF No. 65) denying Defendant's habeas petition, finding no basis for a certificate of appealability, the United States's Response (ECF No. 72), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion for reconsideration (ECF No. 69) is **DENIED**.

_____
KEARNEY, J.